UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JONATHAN BROWN, | : | VIOLATIONS: |
| | : | 18 U.S.C. §922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 22 D.C. Code § 4503(a)(1), (b)(1) |
| | : | (Unlawful Possession of a Firearm |
| | : | (Prior Conviction)) |
| | : | 22 D.C. Code § 4504(a) |
| | : | (Carrying a Pistol Without a License |
| | : | (Outside Home or Place of Business)) |
| | : | 7 D.C. Code § 2506.01(b) |
| | : | (Possession of a Large Capacity |
| | : | Ammunition Feeding Device) |
| | : | 50 D.C. Code § 2201.05b(b)(2) |
| | : | (Fleeing a Law Enforcement Officer) |
| | : | 50 D.C. Code § 2201.04 |
| | : | (Reckless Driving) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2016-CF3-008250, 2013-CF2-008041, and 2012-CF2-000197, did unlawfully and knowingly receive

and possess ammunition, that is, 9mm ammunition which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## COUNT TWO

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2016-CF3-008250, 2013-CF2-008041, and 2012-CF2-000197, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm (Prior Conviction))**, in violation of 22 D.C. Code, Section 4503 (a)(1), (b)(1) (2001 ed.))

## COUNT THREE

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business))**, in violation of 22 D.C. Code, Section 4504(a) (2001 ed.))

## COUNT FOUR

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN** did possess, sell and transfer a large capacity ammunition feeding device.

**(Possession of a Large Capacity Ammunition Feeding Device**, in violation of 7 D.C. Code, Section 2506.01(b) (2001 ed.))

## COUNT FIVE

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN**, while operating a motor vehicle, did knowingly fail and refuse to bring that motor vehicle to an immediate stop, and did attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop and operated the motor vehicle in a manner that would constitute reckless driving.

**(Fleeing a Law Enforcement Officer**, in violation of 50 D.C. Code, Section 2201.05b(b)(2) (2001 ed.))

## COUNT SIX

On or about March 22, 2022, within the District of Columbia, **JONATHAN BROWN**, did operate a motor vehicle upon a highway carelessly and heedlessly in willful and wanton disregard of the rights and safety of others and without the caution and circumspection and at a speed and a manner so as to endanger and be likely to endanger persons and property.

**(Reckless Driving**, in violation of 50 D.C. Code, Section 2201.04 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.